UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
-------------------------------------------------------------------------X
Diane Hertzog,

                Plaintiff,                Civil Action No.:_____

    against

Lighthouse Recovery Associates, LLC.,        **COMPLAINT AND**
                                                     **DEMAND FOR TRIAL BY JURY**

               Defendant.
-------------------------------------------------------------------------X

    Plaintiff Diane Hertzog (hereinafter "Plaintiff"), by and through her attorneys, Fredrick Schulman & Associates, as and for her Complaint against Defendant Lighthouse Recovery Associates, LLC. (hereinafter "Defendant"), respectfully sets forth as follows:

## PRELIMINARY STATEMENT

    Plaintiff brings this action for statutory damages and declaratory and injunctive relief arising from Defendant's violation(s) of 15 U.S.C. Sec. 1692 *et seq*, commonly referred to as the Fair Debt Collections Practices Act (hereinafter "FDCPA"), as well as 47 U.S.C. §227(b)(1)(B), commonly referred to as the Telephone Consumer Protection Act.

## PARTIES

1.    Plaintiff is a natural person and a resident of the State of Pennsylvania, County of Lehigh. Plaintiff maintains her residence at 3310 Lehigh Street, Whitehall, Pennsylvania 18052.

2.    At all relevant times herein, Plaintiff is a "consumer" as that term is defined in 15 U.S.C. §1692a(3) of the FDCPA.

1

3.  Upon information and belief, Defendant is a collection firm with a principal place of business at West Gold Centre, 4380 S Syracuse St., Ste 200, Denver, CO 80237. Upon further information and belief, Defendant is licensed to do business in the State of Pennsylvania.

4.  Upon information and belief and at all relevant times, Defendant is a "debt collector" as the phrase is defined in 15 U.S.C. §1692a(6) of the FDCPA. Indeed, upon information and belief, on a website maintained by Defendant at the URL address of http://www.lighthousera.com, Defendant informs visitors to the site, "Need results from a real collection agency? We've got you covered! Our agencies are the most effective Lighthouse Recovery Associates, LLC [*sic*]. For your outstanding debts owed to you and your business [*sic*]." Thus, Defendant holds itself out as a "debt collector" and is subject to the FDCPA.

5.  Upon information and belief, Defendant was attempting to collect an alleged debt (herein after "Alleged Debt") that arose out of a transaction in which money, services, or property, which was the subject of the transaction, was primarily for personal, family, and/or household purposes. As such, the Alleged Debt is a "debt" as that term is defined by 15 U.S.C §1692a(5). Upon further information and belief, and at all relevant times herein, Defendant knew or had reason to know that it was obligated to comply with the provisions of the FDCPA when attempting to collect the debt allegedly owed by Plaintiff.

## JURISDICTION AND VENUE

6.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331, as well as 15 U.S.C. §1692 *et seq.* and 28 U.S.C. §2201. If applicable, the Court also has pendant jurisdiction over the State law claims in this action pursuant to 28 U.S.C. §1367(a).

7.     Venue is proper in this judicial district pursuant to 28 U.S.C. §1391 (b)(1).

## FACTUAL ALLEGATIONS

8.     Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "7" herein with the same force and effect as if the same were set forth at length herein.

9.     Upon information and belief, on a date better known to Defendant, Defendant began collection activities for the Alleged Debt from the Plaintiff.

10.    In or around February 2012, Defendant began contacting Plaintiff's mother's house at telephone number 610.264.5339. Defendant spoke with Plaintiff's sister, Kathleen Markle, who lives in said house and answered the phone.

11.    In the initial conversation with Plaintiff's sister, Defendant stated that Plaintiff owed a debt, and that Plaintiff needed to call Defendant back, or else Defendant would send someone to have her arrested.

12.    Defendant placed at least 5 subsequent telephone calls to Plaintiff's mother's house, and left artificial or prerecorded voice messages for Plaintiff on her mother's answering machine without prior consent.. (See transcript, attached hereto as "Exhibit A".)

13.    At no time did Plaintiff authorize Defendant to call or speak with her sister or mother regarding the Alleged Debt.

14.    Defendant called Plaintiff's work number, 484-526-7800.

15.    Defendant told Plaintiff that Defendant was trying to collect the Alleged Debt, and that Plaintiff needed to pay "now", or else she would be arrested.

16. Plaintiff asked Defendant what the Alleged Debt was for. Instead of disclosing that information to Plaintiff, Defendant told her that Defendant had her social security number, her work number, and her work address on file, and threatened to garnish her wages if she did not take care of it "now."

17. Plaintiff asked that Defendant stop calling her at work because she was not allowed to receive personal calls during work hours.

18. Defendant's actions caused Plaintiff to be harassed and embarrassed, and resulted in the disclosure of Plaintiff's confidential information to a third party.

19. As a result of Defendant's deceptive, false, misleading, and unfair debt collection practices, Plaintiff has been damaged.

### FIRST CAUSE OF ACTION
(Violation of 15 U.S.C. §1692b(2))

20. Plaintiff repeats, reiterates, and incorporates by reference the allegations contained in paragraphs numbered "1" through "19" above with the same force and effect, as if the same were set forth at length herein.

21. Defendant's conduct as described in this complaint violated the Fair Debt Collection Practices Act 15 U.S.C. §1692b(2) by failing to limit the subject of its conversation with Plaintiff's sister to Plaintiff's location information, and by stating to a third party that the consumer owes a debt.

4

22. As a result of Defendant's violation of the FDCPA, Plaintiff has been damaged, and is entitled to statutory damages and all costs and reasonable attorney's fees pursuant to the relevant provision of the FDCPA.

## SECOND CAUSE OF ACTION
(Violation of 15 U.S.C. §1692b(3))

23. Plaintiff repeats, reiterates, and incorporates by reference the allegations contained in paragraphs numbered "1" through "22" above with the same force and effect, as if the same were set forth at length herein.

24. Defendant's conduct as described in this complaint violated the Fair Debt Collection Practices Act 15 U.S.C. §1692b(3) by communicating with a third party more than once, when not requested to do so.

25. As a result of Defendant's violation of the FDCPA, Plaintiff has been damaged, and is entitled to statutory damages and all costs and reasonable attorney's fees pursuant to the relevant provision of the FDCPA.

## THIRD CAUSE OF ACTION
(Violation of 15 U.S.C. §1692c(b))

26. Plaintiff repeats, reiterates, and incorporates by reference the allegations contained in paragraphs numbered "1" through "25" above with the same force and effect, as if the same were set forth at length herein.

27. Defendant's conduct as described in this complaint violated the Fair Debt Collection Practices Act 15 U.S.C. §1692c(b) by communicating with someone other than the consumer,

consumer's attorney, or credit bureau concerning the debt when it left five messages on Plaintiff's mother's answering machine.

28.     As a result of Defendant's violation of the FDCPA, Plaintiff has been damaged, and is entitled to statutory damages and all costs and reasonable attorney's fees pursuant to the relevant provision of the FDCPA.

## FOURTH CAUSE OF ACTION
(Violation of 15 U.S.C. §1692e)

29.     Plaintiff repeats, reiterates, and incorporates by reference the allegations contained in paragraphs numbered"1" through "28" above with the same force and effect, as if the same were set forth at length herein.

30.     Defendant's conduct as described in this complaint violated the Fair Debt Collection Practices Act 15 U.S.C. §1692e by using false, deceptive, misleading representation or means in connection with the debt collection.

31.     As a result of Defendant's violation of the FDCPA, Plaintiff has been damaged, and is entitled to statutory damages and all costs and reasonable attorney's fees pursuant to the relevant provision of the FDCPA.

## FIFTH CAUSE OF ACTION
(Violation of 15 U.S.C. §1692e(4))

32.     Plaintiff repeats, reiterates, and incorporates by reference the allegations contained in paragraphs numbered"1" through "31" above with the same force and effect, as if the same were set forth at length herein.

33. Defendant's conduct as described in this complaint violated the Fair Debt Collection Practices Act 15 U.S.C. §1692e(4) by communicating false or misleading representation when it told Plaintiff that nonpayment of the Alleged Debt would result in an arrest, or the garnishment or attachment of monies.

34. As a result of Defendant's violations of the FDCPA as alleged herein, Plaintiff has been damaged, became nervous, anxious, upset, and suffered emotional distress, and is entitled to damages in accordance with the FDCPA.

### SIXTH CAUSE OF ACTION
(Violation of 15 U.S.C. §1692e(5))

35. Plaintiff repeats, reiterates, and incorporates by reference the allegations contained in paragraphs numbered "1" through "34" above with the same force and effect, as if the same were set forth at length herein.

36. Defendant's conduct as described in this complaint violated the Fair Debt Collection Practices Act 15 U.S.C. §1692e(5) by threatening to take action that could not legally be taken and that was not intended to be taken when it told Plaintiff that nonpayment of the Alleged Debt would result in an arrest, or the garnishment or attachment of monies.

37. As a result of Defendant's violations of the FDCPA as alleged herein, Plaintiff has been damaged, became nervous, anxious, upset, and suffered emotional distress, and is entitled to damages in accordance with the FDCPA.

## SEVENTH CAUSE OF ACTION
### (Violation of 15 U.S.C. §1692g(a))

38. Plaintiff repeats, reiterates, and incorporates by reference the allegations contained in paragraphs numbered "1" through "37" above with the same force and effect, as if the same were set forth at length herein.

39. Defendant's conduct as described in this complaint violated the Fair Debt Collection Practices Act 15 U.S.C. §1692g(a) by failing to send Plaintiff the requisite 30-day validation notice within five days of the initial communication containing the amount of the Alleged Debt, the name of the creditor to whom the Alleged Debt is owed, a statement informing Plaintiff that she had thirty days to dispute the Alleged Debt, that Plaintiff could request validation of the Alleged Debt, and that Defendant would provide Plaintiff with the name and address of the original creditor upon request.

40. As a result of Defendant's violation of the FDCPA, Plaintiff has been damaged, and is entitled to statutory damages and all costs and reasonable attorney's fees pursuant to the relevant provision of the FDCPA.

## EIGHTH CAUSE OF ACTION
### (Violation of 47 U.S.C. §227(b)(1)(B))

41. Plaintiff repeats, reiterates, and incorporates by reference the allegations contained in paragraphs numbered "1" through "40" above with the same force and effect, as if the same were set forth at length herein.

42. Defendant's conduct as described in this complaint violated the Telephone Consumer Protection Act 47 U.S.C. §227(b)(1)(B) by initiating five phone calls to the Plaintiff's mother's

residential telephone line using an artificial or prerecorded voice to deliver a message without the prior express consent of the called party.

43. As a result of Defendant's violation of the TCPA, Plaintiff has been damaged, and is entitled to statutory damages pursuant to the relevant provision of the TCPA.

## DEMAND FOR TRIAL BY JURY

44. Plaintiff demands and hereby respectfully requests a trial by jury for all claims and issues alleged in this complaint for which plaintiff is or may be entitled to a jury trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Diane Hertzog demands judgment from Defendant Lighthouse Recovery Associates, LLC. as follows:

A. For actual damages provided and pursuant to 15 USC §1692k(a)(1);

B. For statutory damages provided and pursuant to 15 USC §1692k(2)(A):

C. For reasonable attorneys' fees and costs provided and pursuant to 15 USC §1692k(a)(3);

D. For statutory damages pursuant to TCPA 47 U.S.C. §227(b)(3)(B);

E. For a declaration that the Defendants' practices violated the FDCPA; and,

F. For any such other and further relief, as well as further costs, expenses and disbursements of this action, as this Court may deem just and proper.

Dated: New York, New York
February 12, 2013

                Respectfully submitted,

By: _____
      Jacob J. Scheiner, Esq.
      Fredrick Schulman & Associates
      Attorneys at Law
      Attorney for Plaintiff
      30 East 29TH Street
      New York, New York 10016
      P. 212.796.6053
      F. 212.951.7379
      Jscheiner@fschulmanlaw.com

Plaintiff Diane Hertzog
3310 Lehigh Street
Whitehall, Pennsylvania 18052

# Exhibit A

Exhibit A- Transcript

This is a message for Diane Hertzog. If you are not Diane Hertzog, please hang up or disconnect. By continuing to listen, you acknowledge that you are Diane Hertzog. Please listen to this message in private as it contains personal and private information. This is a call from a debt collector with Lighthouse Recovery Associates. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please call us back at 888-628-9605. Again that number is 888-628-9605. Thank you.

Diane Hertzog. Please listen to this message in private as it contains personal and private information. This is a call from a debt collector with Lighthouse Recovery Associates. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please press 1 now to connect to a live agent or call us back at 888-628-9605. Again, please press 1 now .Thank you.

This message is for Diane Hertzog. If you are not Diane Hertzog, please hang up or disconnect. By continuing to listen, you acknowledge that you are Diane Hertzog. Please listen to this message in private as it contains personal and private information. This is a call from a debt collector with Lighthouse Recovery Associates. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please call us back at 888-628-9605. Again that number is 888-628-9605. Thank you.

By continuing to listen, you acknowledge that you are Diane Hertzog. Please listen to this message in private as it contains personal and private information. This is a call from a debt collector with Lighthouse Recovery Associates. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please press 1 now to connect to a live agent or call us back at 888-628-9605. Again, please press 1 now .Thank you.

You are Diane Hertzog. Please listen to this message in private as it contains personal and private information. This is a call from a debt collector with Lighthouse Recovery Associates. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please press 1 now to connect to a live agent or call us back at 888-628-9605. Again, please press 1 now .Thank you.