IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00382-WJM-KMT

Diane Hertzog,

    v.

Lighthouse Recovery Associates.

---

### NOTICE OF SETTLEMENT

---

Pursuant to Local Rule 40.2(C), Plaintiff hereby submits this Notice of Settlement to notify the Court that on May 22, 2013, an Offer of Judgment, pursuant to Fed. R. Civ. P.68 had been offered by the Defendant, and that on May 31, 2013 the Offer of Judgment had been accepted by Plaintiff.

The Offer of Judgment offered by Defendant and accepted by Plaintiff allowed for the entry of judgment in favor of Plaintiff and against Defendant as follows:

A. Defendant violated 15 U.S.C.§1692b(2), §1692b(3), §1692c(b), §1692e, §1692e(4), §1692e(5), §1692g(a), and 47 U.S.C.§227(b)(1)(B); and

B. Plaintiff's actual damages provided by and pursuant to 15 U.S.C.§ 1692k(a)(1) in such amount as the Court determines, plus one dollar ($1.00); and

C. Plaintiff's statutory damages provided by and pursuant to 15 U.S.C. §1692k(a)(2)(A); and

D. Plaintiff's reasonable attorney's fees and costs provided by and pursuant to 15 U.S.C.§1692k(a)(3) in such amount as the Court determines; and

    E. Plaintiff's statutory damages pursuant to 47 U.S.C.§227(b)(3)(B) in such amount as the Court determines; and

    F. Such other and further relief as the Court may deem proper and just.

The parties hereby respectfully request instructions from the Court with direction as to how to proceed.

Dated: New York, New York
         June 5, 2013

                        Respectfully submitted,

                    By:   s/ Jacob J. Scheiner_____
                         Jacob J. Scheiner, Esq.
                         Fredrick Schulman & Associates
                         Attorneys at Law
                        Attorney for Plaintiff
                       30 East 29TH Street
                         New York, New York 10016
                         P. 212.796.6053
                         F. 212.951.7379
                         Jscheiner@fschulmanlaw.com