**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:13-cv-00382-WJM-KMT

DIANE HERTZOG,

      Plaintiff,

v.

LIGHTHOUSE RECOVERY ASSOCIATES, LLC.,

      Defendant.

---

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 68, the following  Judgment is hereby entered.

      Pursuant to the offer of judgment served on July 23, 2013 and the acceptance thereof filed July 23, 2013, with proof of service, it is

      ORDERED that judgment is hereby entered for Diane Hertzog, and against Lighthouse Recovery Associates, LLC. In the amount of $4,500, which sum shall include reasonable attorney's fees and recoverable costs as agreed to by counsel or as determined by the court.  It is

      FURTHER ORDERED that other terms offered by the defendant concerning waiver of debt relief, and accepted by plaintiff, are incorporated into this judgment.  It is

      FURTHER ORDERED that post-judgment interest shall accrue at the rate of <u>0.11%</u>from the date of entry of judgment.

Dated at Denver, Colorado this 23rd day of July, 2012.

          FOR THE COURT:
          JEFFREY P. COLWELL, CLERK

          s/Edward P. Butler
          Edward P. Butler
          Deputy Clerk