**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-00382-WJM-KMT

DIANE HERTZOG,

    Plaintiff,

v.

LIGHTHOUSE RECOVERY ASSOCIATES, LLC.,

    Defendant.

---

### **AMENDED** FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 68, the following Final Judgment is hereby entered.

    Pursuant to the offer of judgment served on July **22**, 2013 and the acceptance thereof filed July 23, 2013, with proof of service, it is

    ORDERED that judgment is hereby entered for Plaintiff Diane Hertzog, and against Defendant Lighthouse Recovery Associates, LLC in the amount of $4,500, **inclusive of Plaintiff's actual and statutory damages, costs, and attorney fees**. It is

    FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.11% from the date of entry of judgment.

    Dated at Denver, Colorado this 24th day of July, 2013.

                                     FOR THE COURT:
                                     JEFFREY P. COLWELL, CLERK

                                   By: s/Edward P. Butler
                                   Edward P. Butler, Deputy Clerk